**FILED**

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ                                    MAR 1 3 2006
   Assistant U.S. Attorney
3  501 I Street, 10ᵗʰ Floor                       CLERK U S DISTRICT COURT
   Sacramento, California 95814                   EASTERN DISTRICT OF CALIFORNIA
4  Telephone: (916) 554-2773                      BY
                                                        DEPUTY CLERK

5

6  **SEALED**

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA         )         MISC. NO.
12                      Plaintiff,  )
                                    )
13          v.                      )         2:06 - MJ - 0076    KM
                                    )
14  SEALED                          )
                                    )
15                      Defendant.  )
                                    )
16

17                           SEALING ORDER

18     Upon application of the United States of America and good cause

19  having been shown,

20     IT IS HEREBY ORDERED that the documents in the above referenced

21  case shall be sealed until further order of the Court.

22  DATED: 3/13/06

23
                                   _____
24                                 U.S. Magistrate Judge

25

26

27

28